UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| YANGYI WU, | ) | Case No. 5:26-cv-02296-SSS-JDE |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN OF THE DESERT | ) | |
| VIEW FACILITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), the Answer and Traverse to the Petition (Dkt. 9, 10), and the Report and Recommendation of the magistrate judge (Dkt. 11, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Judgment shall be entered:

(1) Granting the Petition, in part, as to Count One, with Respondents ORDERED to immediately release Petitioner subject to the conditions of his preexisting parole and return his Employment Authorization and identity documents; and

(2) Dismissing the remaining claims raised and relief sought in the Petition without prejudice.

Dated: May 20, 2026

_____

SUNSHINE SUZANNE SYKES
United States District Judge