J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| YANGYI WU, | ) | Case No. 5:26-cv-02296-SSS-JDE |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN OF THE DESERT VIEW FACILITY, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) GRANTED, in part, as to Count One, with Respondents ORDERED to immediately release Petitioner subject to the conditions of his preexisting parole and return his Employment Authorization and identity documents; and (2) dismissing the remaining claims raised and relief sought in the Petition without prejudice.

Dated: May 20, 2026

_____
SUNSHINE SUZANNE SYKES
United States District Judge